IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00986-AP

MANUEL R. MARTINEZ,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

William G. Pharo
Assistant United States Attorney
District of Colorado

Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street, 6th Floor
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed:                              **4/13/12.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **5/24/12.**
   C. Date Answer and Administrative Record Were Filed:    **7/16/12.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due:        **9/14/12.**
   B. Defendant's Response Brief Due:       **10/15/12.**
   C. Plaintiff's Reply Brief (If Any) Due: **10/30/12**.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement: Plaintiff does not request oral argument.
   B.   Defendant's Statement: Defendant does not request oral argument**.**

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A. (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B. (  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this 6th day of August, 2012.

                                                    BY THE COURT:


                                                    <u>*s/John L. Kane*</u>_____
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| **s/Michael W. Seckar** | JOHN F. WALSH |
| Michael W. Seckar, Esq. | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, Colorado 81003 | WILLIAM G. PHARO |
| 719-543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | District of Colorado |
| | |
| | **s/Michael S. Howard** |
| | By: Michael S. Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, 6th Floor |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |