**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00986-PAB

MANUEL R. MARTINEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 21] of Judge Philip A. Brimmer entered on March 14, 2014, it is

**ORDERED** that the decision of the Commissioner of Social Security is affirmed. It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff. It is

**FURTHER ORDERED** that defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of March, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

        By:  s/   Kathy Preuitt-Parks

                    Kathy Preuitt-Parks
                    Deputy Clerk